UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

LARRY G. PHILPOT,

        Plaintiff,                      Index No.: 16-cv-1200 (WHP)

        v.                          **DECLARATION OF RICHARD**
                                        **M. GARBARINI IN SUPPORT**

A&E TELEVISION NETWORK LLC,         **OF MOTION TO WITHDRAW**
                                        **AS COUNSEL**

        Defendants.
---------------------------------------------------------------

        I, Richard Garbarini, hereby declare the following under the penalty of perjury pursuant to 28

U.S.C. § 1746:

        1.      I represent the plaintiff in this matter and I am fully familiar with all facts presented

here.

        2.      This matter was brought before this Court by service of a Complaint on February 21,

2016. Dkt. No. 1.

        3.      Plaintiff has terminated the services of the undersigned counsel, and has made it

explicitly clear that I way no longer represent him in any matter.

        4.      This comes after weeks of a complete breakdown in communication.

        5.      I have read this affidavit and declare the forgoing is true and accurate.


Dated:       New York, New York
             April 20, 2016                Respectfully submitted,

                                  GARBARINI FITZGERALD P.C.

                        By: _____
                           Richard M. Garbarini
                           rgarbarini@garbarinilaw.com
                           250 Park Avenue, 7th Floor
                           New York, New York 10177
                           Phone: 212.300.5358
                           Fax: 888.265.7054

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2016, a true and correct copy of the foregoing NOTICE OF

MOTION TO WITHDRAW, MEMORANDUM OF LAW, PROPOSED ORDER and

DECLARATION OF RICHARD M. GARBARINI was served on all counsel via this Court's

ECF system and on Plaintiff Larry G. Philpot by e-mail to larry@backstage.com and by mailing a

true and correct copy to:

> Larry G. Philpot
> 12527 Winding Creek Lane
> Indianapolis, IN 46236

Dated:  April 16, 2016                    GARBARINI FITZGERALD P.C.

By: _Richard M. Garbarini_