UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

| | |
|---|---|
| LARRY G. PHILPOT,  Pro Se<br>v.<br>Author's Guild/ Law Street Media | Index No.: 16-cv-26 (AT)(BCM) |
| LARRY G. PHILPOT,  Pro Se<br>v.<br>Voice Media Group | Index No.: 16-cv-01851 (WHP)(BCM) |
| LARRY G. PHILPOT,  Pro Se<br>v.<br>Kos Media LLC | Index No.: 16-cv-01523 (AT)(BCM) |
| LARRY G. PHILPOT,  Pro Se<br>v.<br>Korangy Publishing | Case No.: 16-cv-01200 (WHP)(BCM) |
| LARRY G. PHILPOT,  Pro Se<br>v.<br>A&E Network | Case No.: 16-cv-01329 (AT)(BCM) |
| LARRY G. PHILPOT,  Pro Se<br>v.<br>A&E Network | Case No.: 16-cv-01329 (AT)(BCM) |

**Dear Magistrate Judge Moses,**

I am also sending this and other info through the Pro Se intake office but it will not arrive before the 5/27 deadline. Even though your order was signed on 5/13, I did not receive it from my attorney until 5/21 (Saturday).

I will also be enclosing motions for sanctions against my former attorney Garbarini, who this honorable Court has retained jurisdiction over regarding sanctions, as well as having filed a complaint with the Manhattan District Attorney's office regarding over $12,000 in missing funds.

Will you please accept this notification that I do intend to pursue these, and all my cases, and am desperately seeking counsel. I have an attorney but he cannot evaluate these cases quickly enough. I am mailing letters today from Indiana.

Dated  May 27, 2016                                     Respectfully Submitted,

                                                        *[signature]*
                                                        Larry Philpot
                                                        8125 Halyard Way
                                                        Indianapolis, IN 46236
                                                        Mobile: 317-450-5226



FROM: Larry Philpot
8125 Halyard Way
Indianapolis IN 46236

TO: United States District Court
of State of New York
Pro Se Intake Unit Rm. 200
500 Pearl Street, Room 200
New York, NY 10007

USPS SDNY

Retail
US POSTAGE PAID
$6.45
1006
Origin: 46055
Destination: 10007
0 Lb 1.80 Oz
May 27, 16
1750380055-08

PRIORITY MAIL ®2-Day
C014
Expected Delivery Day: 05/31/2016

USPS TRACKING NUMBER
9505 5124 7927 6148 1208 57

EP14F July 2013

This envelope is made from post-consumer waste. Please recycle - again.